FILED ✓    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 22 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-413-JCM (PAL) |
| ) | |
| MARCOS ROMERO, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On April 12, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MARCOS ROMERO to criminal offense, forfeiting specific property alleged in the Indictment, agreed to in the Plea Memorandum, and shown by the United States to have a requisite nexus to the offense to which defendant MARCOS ROMERO pled guilty. Docket #7, #27, #28, #29.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 16, 2011, through to May 15, 2011, notifying all known third parties of their right to petition the Court. #30.

. . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.
3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.
5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10  law:
11      a.   a Steyr Mannlicher .40-caliber pistol bearing serial number 010507;
12      b.   a Savage Arms 12-gauge shotgun bearing serial number C856810; and
13      c.   any and all ammunition.
14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
15  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
16  as any income derived as a result of the United States of America's management of any property
17  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
18  according to law.
19  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
20  certified copies to the United States Attorney's Office.
21  DATED this 22nd day of July, 2011.

UNITED STATES DISTRICT JUDGE